odsmbnc (04/11)

# UNITED STATES BANKRUPTCY COURT
### District of Nebraska

In Re:

NARKE ASHSTREET LLC

Debtor(s)

Bankruptcy Proceeding No. 23–80432–TLS
Chapter 11

Judge: Thomas L Saladino

## ORDER DISMISSING CASE

Order Granting Motion to Dismiss Ch. 11 Case Pursuant to 11 U.S.C. Section 105 and 1112 of the Bankruptcy Code (11 U.S.C. Section 101 ET. SEQ), Federal Rule of Bankruptcy Procedure ("RULE) 1017, 9013, and Local Rule of Bankruptcy Procedure ("LOCAL RULE") 9013 by Pbarke LLC etal. (Re. Doc # [6]). Hearing held June 20, 2023. Patrick Patino appeared for Debtor. Elizabeth Lally & Matthew Summers appeared for 111 North Stadium Boulevard Holdings, LLC. Jerry Jensen appeared for U.S Trustee, Patrick Turner appeared for Pbarke LLC etal. For the reasons stated on the record, the motion is granted.

Dated: June 20, 2023

BY THE COURT:

/s/ Thomas L Saladino
Chief Judge

Copies served by the court on all parties in interest.